UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tobin Lillico**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**Mercantile Adjustment Bureau,** a limited liability company<br><br>Defendant. | Case No. 17-cv-2197-AJB-BLM<br><br>**Order Granting Joint Motion to Dismiss With Prejudice [Doc. 6]** |

Pending before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion, and **DISMISSES** the action **WITH PREJUDICE**. Each party will bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated: February 5, 2018

_____
Hon. Anthony J. Battaglia
United States District Judge